Today the Court plows new ground by reversing a case on the basis of gruesome photographs. Never before have we reversed a case because photographs were too gruesome. We have always held that the admission of photographs is within the sound discretion of the trial court. We did not reverse on this issue, even when we found that a photograph of the deceased taken as he lay on the ground after being killed by the appellant was not relevant, of no value to the jury, and should not have been admitted into evidence. Coleman v. State, 67 So.2d 304 (Miss. 1953). Seealso, West v. State, 67 So.2d 366, 371 (Miss. 1953). Therefore, I would affirm the conviction and sentence of the defendant, even though the photographs are gruesome and depict a graphic description of what he caused.
ROY NOBLE LEE, C.J., joins in this dissent.